NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1399

PAICE LLC,

Plaintiff-Appellee,

v.

TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR NORTH AMERICA, INC.
and TOYOTA MOTOR SALES, U.S.A., INC.,

Defendants-Appellants.

Appeal from the United States District Court for the Eastern District of Texas in case no. 2:04-CV-211, Judge David J. Folsom.

ON MOTION

Before GAJARSA, Circuit Judge.

## O R D E R

Volkswagen Group of America, Inc. moves for leave to file a brief amicus curiae.

Volkswagen states that Toyota Motor Corporation et al. consent and that Paice LLC does not consent.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 0 1 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 1 2009

JAN HORBALY
CLERK

cc:     Constantine L. Trela, Jr., Esq.
        Ruffin B. Cordell, Esq.
        George E. Badenoch, Esq.
        Michael J. Lennon, Esq.

s17